EQRE

## CIRCUIT COURT FOR PRINCE GEORGES COUNTY

CHARLES PITT
4311 RANGER Avenue
VS  Temple Hills MD 20748

EDWARD S. COHN, et al.
COHN, GOLDBERG & DEUTSCH, LLC
SUBSTITUTE FOR TRUSTEE
BANK OF AMERICA HOME LOANS SERVICING, LP, fka
COUNTRYWIDE HOME LOANS SERVICING LP

\* CAE10-12957

\* CASE NO: ~~CAE10-09516~~

SUBJECT MATTER:  THEFT (GRAND)
FRAUD
FEDERAL VIOLATION: SECTION 6
OF THE (RESPA) ACT.

COMPLAINT: TO ADDRESS AND SEEK RELIEF TO AFORMENTIONED VIOLATIONS

YOUR HONOR ALTHOUGH I AM NOT AN ATTORNEY, I AM VERY AWARE OF MY RIGHTS AS A UNITED STATES CITIZEN. SIR IF THE NEED SHOULD ARISE THAT YOU DEEM THAT I NEED THE ASSISTANCE OF AN ATTORNEY TO ASSIST ME IN ADDRESSING THIS SITUATION IN A MORE APPROPIATE MANNER I DO HAVE ONE ON STAND BY. YOUR HONOR AT THIS POINT IN MY COMPLAINT I AM NOT EXACTLY SURE OF HOW MUCH PROOF YOU REQUIRE. AT THIS JUNCTURE OF MY COMPLAINT.

VERY BREIFLY SIR THESE ARE THE DETAILS AS FOLLOWS. AS OF JULY OF 2008 I HAVE BEEN CORRESPONDING WITH COUNTRYWIDE HOME LOANS TO ADDRESS AND STRAIGHTEN OUT A SITUTATION REGARDING MY HOME LOAN MORTGAGE. ALMOST EVERYONE I HAVE SPOKEN WITH HAVE EITHER BEEN RELUCTANT OR TOO INEPT TO SOLVE THE ISSUE. FOR THE PAST YEAR (PLUS) THEY, HAVE BEEN



SEEMINGLY PASSING THE BUCK CONCERNING THE SITUTATION. IN JULY OF 2008 I WAS ALLEGEDLY GRANTED A MODIFICATION ON MY HOME LOAN; UPON MAKING PAYMENTS TO MY ACCOUNT STARTING JULY OF 2008. I RECEIVED CORRESPONDENCE FROM COUNTRYWIDE HOME LOANS THAT THEIR EMPLOYEES HAD STOLEN (FRUDULENTLY) INFORMATION REGARDING THEIR CLIENTS PERSONAL INFORMATION (IDENTITY THEFT).

YOUR HONOR FROM THE ONSET OF THIS MODIFICATION IT WAS CONTRACTED THAT MY LOAN WOULD BE FORWIDTH TO A ZERO BALANCE CONCERNING THE ARREARS, UPON THE ACCEPTANCE OF THIS MODIFICATION.

NOTE: IT WAS ALSO STATED VIA COUNTRYWIDE EMPLOYEES (FRAUD UNIT) THAT THE CULPRITS WERE APPREHENDED AND FIRED FROM THE COMPANY. (ALLEGEDLY). NEEDLESS TO SAY NOT BEFORE CAUSING INCOMPREHENSIBLE DAMAGE TO COUNTRYWIDE CLIENTS.(MYSELF INCLUDED)

YOUR HONOR MY WIFE AND I MADE SEVERAL PAYMENTS. TO OUR ACCOUNT. UPON MY WHEN QUESTIONING COUNTRYWIDEABOUT THE TIME IT WOULD TAKE TO ADJUST MY ACCOUNT. THEY TOLD TO ME ON A CONSISTENCE BASIS THAT I SHOULD SEE THIS ADJUSTMENT IN THIRTY DAYS, ON OTHER OCCASIONS IN SIXTY DAYS AND THEN IN FORTY FIVE TO NINETY DAYS. THIS WAS AFTER I CALLED AND TOLD THEM OF MY PREVIOUS CONVERSATIONS WITH PRIOR COUNTRYWIDE PERSONNELL. I HAVE ALSO MADE SEVERAL ATTEMPTS AT THE END SEPTEMBER, IN REQUESTING OF A COPY

OF MY NOTARIZED ACCEPTANCE OF MODIFICATION. IN WHICH THEY DID NOT PROVIDE. I ALSO MADE A REQUEST FOR MORTGAGE STATEMENTS THAT WOULD REFLECT MY CHANGE IN MORTGAGE RATE AND PAYMENTS. AS IT PERTAINED TO MY ARREARS BALANCE. THEY NEVER PROVIDED.

YOUR HONOR AM I SUPPOSED TO HAVE CONFIDENCE IN THIS TPYE OF EVASINESS FROM MY MORTGAGE LENDER WHEN IT HAS BEEN REPORTED TO ME BY THIS SAME ENTITY, WHICH MY INFORMATION HAS BEEN STOLEN AND COULD BE EASILYMISUSED IN AN INAPPROPIATE MANNER. YOUR HONOR I ALSO MADE OTHER PAYMENT BUT FOR THE SAKE OF TRUTH AND HONESTY( AND I DO HAVE THE EVIDENCE TO SUPPORT THIS SAME) I WOULD LIKE TO WITHHOLD THIS INFORMATION FROM THIS DOCUMENT TO SEE IF THIS COUNTRYWIDE/BANK OF AMERICA CAN PROVIDE THIS SAME INFROMATION TO THE COURTS. ALL OF WHICH WERE NEVER ALLOCATED TO MY ACCOUNT.

YOUR HONOR THE FACT THAT COUNTRYWIDE HOME LOANS NOW BANKOF AMERICA ACCEPTED AND CASHED MY PAYMENTS AND NEVER ATTRIBUTED THEM TO MY ACCOUNT BY EVERY DEFINITION OF LAW CONSTITUTES (THEFT) OR A MISHANDLING OF FUNDS.

YOUR HONOR THE FACT THAT COUNTRYWIDE HOME LOANS NEVER ADJUSTED MY ACCOUNT TO REFLECT MY MODIFICATION VIA PAYMENTS OF THE MODIFICATION

OR OTHERWISE UPDATE THE ACCOUNT TO A ZERO BALANCE CONCERNING THE ARREARS. CONTRACTUALLY AGREED UPON, CONSTITUTES NOT ONLY A BREECH OF CONTRACT BUT ALSO (FRAUD) ON THE PART OF COUNTRYWIDE HOME LOANS.

YOUR HONOR FINALLY THE FACT THAT I CONTINUALLY MADE OFFICIAL REQUEST FOR COUNTRYWIDE TO ADDRESS MY CONCERNS IN WRITING, SEVERAL TIMES VIA TELEPHONE CALLS AND CERTIFIED MAIL, WHICH ACCORDING TO THE (RESPA ACT SECTION 6) UNIFORM CODE OF FEDERAL REGULATION CALLS FOR ME TO DO, SEND A SEPARATE CORRESPONDENCE DETAILING MY REQUEST SEPARATE, AN APART FROM MY REGULAR PAYMENT CORRESPONDENCE. THEY MUST RESPOND TO THE BORRWER WITHIN THIRTY DAYS OF DATE OF RECIEPT OF THE CORRESPONDENCE OR OTHERWISE HAVE THE RESPONSIBILITY OF ASSUMING ANY AND ALL DEBTS OF INCURRENCES FROM THAT POINT. YOUR HONOR THE LETTER OF THE LAW IS VERY CLEAR AND THOSE WHOM CHOOSE TO VIOLATE THIS LAW SHOULD BE HELD RESPONSIBLE TO THE FULLEST EXTENT OF THE LAW FOR VIOLATING FEDERAL REGULATIONS.

YOUR HONOR NOW BANK OF AMERICA WISHES TO TRY TO FORECLOSE ON MY PROPERTY DUE TO NON PAYMENT. YOUR HONOR LIKE I STATED EARLIER, THIS ISSUE IS NOT ABOUT NON-PAYMENT. BUT RATHER, AN UN- WILLINGNESS ON TNE BEHALF OF COUNTRYWIDE HOME LOANS TO FOLLOW FEDERAL GUIDELINES SET FORTH BY

CONGRESS TO ALLIEVATE THIS VERY PROBLEM. I HAVE NEVER, WITH THE EXCEPTION OF TWO MONTHS IN 2007 WHERE I LOST MY JOB FOR ABOUT TWO MONTHS VIA AN OVERSIGHT ON THE PART OF MY EMPLOYER. WHICH WAS CORRECTED ALMOST IMMEADIATELY. I HAVE ALWAYS BEEN ABLE TO AFFORD MY MORTGAGE. WHAT I COULD NOT AFFORD TO DO YOUR HONOR IS TO CONTINUE SENDING PAYMENTS TO A P.O. BOX. SET UP TO RECEIVE PAYMENTS, IN NO VERIFIBLE NAME. WE ALL KNOW THAT PERSONAL INFORMATION IS VERY VITAL IN OUR SOCIETY AS WELL AS INDENTITY THEFT, FRAUD ALONG THE MIS-APPROPIATIONS OF FUNDS AS WELL AS BEING SERIOUS IN NATURE: CONCERNING, VARIOUS SCAMS AND OTHER CRIMINAL ACTS. I HAD TO BE SURE, THAT THE VERIFICATION CONCERNING THE MODIFICATION THAT I RECEIVED WAS ONE OF LEGITIMACY. MY FAMILY DEPENDS ON ME. YOUR HONOR, I COULD NOT CONTINUE TO ACT IN A FOOLISH MANNER AND NOT QUESTION THIS ACTIVITY. I WOULD NOT ONLY DO AN INJUSTICE TO MYSELF BUT I WOULD ALSO BE CONTRIBUTING TO THE ILLETREACY OF AMERICA.

    YOUR HONOR THIS REQUEST WAS A VERY SIMPLE ONE, ONE IN WHICH I FELT I HAD A RIGHT TO KNOW. OWNING TO THE FACT THAT NO ONE COULD AFFORD ME ANY EXPLANATIONS OR DOCUMENTS, AS TO WHERE MY MONETARY PAYMENTS WERE GOING OR THE AUTHENTICATION OF DOCUMENTS. I FELT AND CONTINUE TO FEEL THAT THIS MODIFICATION PROCEEDING WAS AN ILLEGITIMAT

PRACTICE SET UP BY THE INDIVIDUALS THAT WORKED FOR COUNTRYWIDE. WHO STOLE MY INFORMATION FOR THIS SPECIFIC REASONING, TO SOLICIT FUNDS FROM INDIVIDUALS WHOM THEY THOUGHT WERE IN TROUBLE WITH THEIR HOME MORTGAGES. CONCLUSION: YOUR HONOR I COULD CITE MANY CASES INVOLVING PERSONAL IDENTIFICATION INFORMATION(IDENTITY THEFT), FRAUD AND THE MISHANDLING OF FUNDS VIA MORTGAGES, CONCERNING MORTGAGE LENDERS. I WILL CHOOSE NOT TO, AT THIS POINT. THE WHOLE COUNTRY IS AWARE OF COUNTRYWIDE PRACTICES AND OF THEIR TOP OFFICIALS, CONCERNING THI SCANDALS SURROUNDING FRAUD AND MIS-APPROPIATIONS. SIR I BELIEVE THAT JUSTICE LIES IN THE TRUTH BEFORE US.

RELIEF SOUGHT: A) COUNTRYWIDE/BANK OF AMERICA UPDATE MY ACCOUNT REFLECTING A ZERO BALANCE CONCERNING" ARREARS.

B) SET MY MORTGAGE AT MY FIXED RATE OF 4%.
C) PAY FOR EXPENSES INCURRED.
D) CLEAR UP ANY AND ALL CREDIT REPORT ISSUES.
E) THERE ISN'T AN AMOUNT OF MONEY ONE COULD PAY FOR PAIN AND SUFFERING. 350,000.00

MY FATHER HAS PAST DUE TO THE STRESS THAT THIS HAS CAUSED.

NOTE: LET THIS MOTION SERVE AS A STAY CONCERNING FILE:NO#427932 FILED ON OR ABOUT MAY 30, 2010 IN THE CIRCUIT COURT OF PRINCE GEORGES COUNTY UNTIL THIS COURT CAN INVESTIGATE THESE PROCEEDINGS.

SIR/MAAM OF THE COURT THIS IS ADDITIONAL INFORMATION JUST RECEIVED ON APRIL 12, 2010 TO SUPPORT MY COMPLAINT FROM A CLASS ACTION SUIT. EVER SINCE JULY, 2008 I HAVE BEEN TRYING DESPERATELY WITH COUNTRYWIDEAND ITS LATTER TO STRAIGHTEN OUT THIS ACCOUNT.

    A.) SIR/MAAM OF THIS COURT THE MOVANT IS NOT BEING HONEST WITH THIS COURT HAVING PROVIDING INNACCURATE INFORMATION, STATING NO PAYMENTS AND OR NON- PAYMENTS TO THIS ACCOUNT. YOUR HONOR HAVING CLEARED FINANCIAL DOCUMENTS AS EVIDENCE AS PER PAYMENTS RECEIVED AND CASHED BY COUNTRYWIDE THIS MOVANT IS CLEARLY PERJURING ITSELF TO THIS COURT.

    B.) WITH KNOWN INFORMATION AND BELIEF, RESPONDENT LACKS ABSOLUTE PROTECTION FROM THE ABILITY OF THE MOVANT TO PROVIDE ALL ACCURATE FINANCIAL INFORMATION CONCERNING THIS CASE.

    C.) IT IS FOR THIS REASON THAT AN ORDER SHOULD BE ENTERED BY THIS COURT GRANTING NOT ONLY A HEARING BUT ALSO AN AUTOMATIC STAY ON ANY FORECLOSURE PROCEEDING UNTIL A FULL INQUIRY OF THE FACTS CAN BE OBTAINED BY BOTH PARTIES. YOUR HONOR I CAN ONLY PRAY THAT THIS COURT WOULD FEEL THIS SAME INTO PROVIDING A FAIR AND INPARTIAL JUDGEMENT INTO

CHARLES PITT
4311 RANGER AVE
TEMPLE HILLS MD 20748

Previously Enrolled in
Credit Monitoring

LEGAL NOTICE

# If you provided personal information or made mortgage payments to Countrywide before July 1, 2008, you could get benefits from a data theft settlement.

*Para una notificación en Español, llamar o visitar nuestro website.*

## WHAT IS THIS ABOUT?

A settlement has been reached with Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Bank, FSB, Full Spectrum Lending Division, and Bank of America Corporation (together called "Countrywide") about the theft of personal and financial information from their customer databases. Benefits include credit monitoring, identity theft insurance and cash reimbursement for identity theft and out-of-pocket expenses to eligible people whose personal and financial information was stolen.

The United States District Court for the Western District of Kentucky will hold a hearing to decide whether to give final approval to the settlement, so that the benefits can be issued. Those included have legal rights and options, such as submitting a claim for benefits or excluding themselves from or objecting to the settlement. More information is in the detailed notice, which is available at www.CWdataclaims.com.

## WHAT IS THIS ABOUT?

Around August 2008, it was learned that a senior financial advisor formerly employed by Countrywide stole confidential information of millions of consumers from Countrywide's records and sold it to a third party for marketing purposes. The stolen records included names, Social Security numbers, home and office addresses, telephone numbers, credit and bank account information, employment history and information, and other information people provided on mortgage applications or other mortgage documents. The lawsuit alleges that Countrywide did not adequately protect confidential personal and financial information. Countrywide denies all of the claims and says that it did nothing wrong.

## WHO IS INCLUDED?

You received this notice in the mail because you have been identified as a Class Member. The Class includes everyone in the United States who: (1) received a letter from Countrywide anytime from August 2, 2008 to and including November 2, 2008, notifying them that their personal information was involved in an alleged theft committed by a Countrywide employee; or (2) who obtained a mortgage from Countrywide or whose mortgage was serviced by Countrywide prior to July 1, 2008. Countrywide, for this purpose, does not include Bank of America.

You should remain vigilant by reviewing account statements and monitoring free credit reports. If you notice any unauthorized activity, promptly contact your financial institution. You can receive a free credit report at www.annualcreditreport.com or by calling 1-877-322-8228.

## WHAT DOES THE SETTLEMENT PROVIDE?

Countrywide's records show that you have already enrolled in Triple Advantage℠ Premium credit monitoring provided by ConsumerInfo.com, an Experian® Company. As part of the settlement you are now automatically receiving Experian's $1 million guarantee in addition to the $25,000 identity theft insurance coverage you have been receiving. In addition, you are eligible to receive reimbursement from Countrywide of up to $50,000 for each identity theft incident. Separately, you are eligible for reimbursement from Countrywide of certain out-of-pocket expenses such as check printing, credit monitoring, telephone calls and postage, among others. Countrywide will pay up to a total of $5 million to reimburse identity theft claims and up to a total of $1.5 million to reimburse out-of-pocket expenses. The Settlement Agreement, available at www.CWdataclaims.com, describes all of the details about the proposed settlement.

## HOW DO YOU ASK FOR BENEFITS?

To get reimbursements you must submit a claim form. Claim forms are available at the website or by calling 1-866-940-3612. Please note that there are different deadlines and claim forms for different reimbursements. The earliest deadline to claim either of these reimbursements is October 18, 2010.

## YOUR OTHER OPTIONS.

If you do not want to be legally bound by the settlement, you must exclude yourself from the Class by June 24, 2010, or you will not be able to sue, or continue to sue, Countrywide about the legal claims this settlement resolves, ever again. If you exclude yourself, you cannot get any benefits from the settlement. If you stay in the Class, you may object to it by June 24, 2010. The detailed notice explains how to exclude yourself or object.

The Court will hold a hearing in the case, known as *In Re: Countrywide Financial Corp. Customer Data Security Breach Litigation*, No. 3:08-MD-01998-TBR, MDL 1998, on July 19, 2010, to consider whether to approve the settlement, and a request by Class Counsel for attorneys' fees, costs, and expenses of up to $3.625 million. Class Counsel will also request payments of incentive awards up to $500 for Representative Plaintiffs and of up to $250 for the Named Plaintiffs for their services on behalf of the whole Class. These payments will be paid separately by Countrywide and will not reduce the benefits available to Class Members. You or your own lawyer, if you have one, may ask to appear and speak at the hearing at your own cost, but you do not have to. For more information, call or go to the website shown below.

**www.CWdataclaims.com**   **1-866-940-3612**

ACM12

Countrywide Data Settlement
PO Box 2730
Portland, OR 97208-2730

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
IN RE: COUNTRYWIDE FINANCIAL CORP. CUSTOMER
DATA SECURITY BREACH LITIGATION
Case No. 3:08-MD-01998-TBR

1334-00061045-4

:000 0022020 00000000 002 002 11013 0010: 0 0

CHARLES PITT
4311 RANGER AVE
TEMPLE HILLS MD 20748

# REIMBURSEMENT OF OUT-OF-POCKET EXPENSE CLAIM FORM

Eligible Class Members are entitled to recover reimbursement of out-of-pocket expenses incurred as a result of the theft of Private Information. Additional information is contained in the detailed Notice and Settlement Agreement, available at www.CWdataclaims.com or by calling 1-866-940-3612.

To receive reimbursement of out-of-pocket expenses you must: (1) provide all required information, and (2) submit this form to the address above with documentation to support your claim. If you have any questions, call 1-866-940-3612 to speak with a representative, or send an email to: info@CWdataclaims.com. There is also an instructional video on the website (www.CWdataclaims.com) that illustrates how to complete this form.

The exact deadline to submit claims for reimbursement of out-of-pocket expenses has not yet been determined. The deadline will be no earlier than **October 18, 2010**. The actual deadline, when it is available, will be posted on the website and available by calling 1-866-940-3612.

## CLAIMANT INFORMATION

### DO *NOT* COMPLETE THIS SECTION IF THE PREPRINTED INFORMATION ABOVE IS CORRECT

*Please Type or Print in the Boxes Below; Do NOT use Red Ink, Pencil, or Staples*

First Name | MI | Last Name

Mailing Address (Street, PO Box, Suite or Office Number, as applicable)

City | State | Zip Code

## ADDITIONAL INFORMATION

Social Security Number (Required)

Email Address (optional)
(Username) @ (Domain name)

Telephone Number (optional)

01-CA1334   v 9   19441 v 0 01 03 26 2010

Questions? Call 1-866-940-3612 or visit www.CWdataclaims.com

**PLEASE CHOOSE ONE OR MORE OF THE FOLLOWING:**

**CHECK PRINTING (NOT TO EXCEED $90.00)**

I request reimbursement for paper check printing costs due to opening a new checking account or changing accounts between January 1, 2006 and May 10, 2010, and have included documentation of such expenses. These expenses were not incurred as the result of ordering checks for an existing account, or changing accounts for reasons other than the theft of Private Information.

Amount requested (Not to exceed $90.00):   $ ☐☐ . ☐☐

**CREDIT MONITORING AND IDENTITY THEFT INSURANCE (NOT TO EXCEED $200.00)**

I request reimbursement of credit monitoring and identity theft insurance expenses between January 1, 2006 and the first cancellation opportunity after free credit monitoring became available to me under the settlement, and have included reasonable documentation of such expenses.

Amount requested (Not to exceed $20.00 monthly and $200.00 total):   $ ☐☐☐ . ☐☐

**DRIVER'S LICENSE**

I request reimbursement for the cost of replacing a driver's license (except in the normal course of renewing my license) incurred since January 1, 2006.

Amount requested:   $ ☐☐ . ☐☐

**MISCELLANEOUS EXPENSES and LOST TIME (NOT TO EXCEED $60.00)**

I request reimbursement of the following expenses, and have included reasonable documentation of such expenses:

The cost of telephone calls:   $ ☐☐ . ☐☐

Postage related to inquiries on my bank accounts, financial accounts, mortgage accounts and/or credit reports:   $ ☐☐ . ☐☐

Lost time (calculated at $10.00 per hour):   $ ☐☐ . ☐☐

The cost of placing a freeze on my credit report:   $ ☐☐ . ☐☐

The cost of changing my phone number:   $ ☐☐ . ☐☐

Total Amount requested (not to exceed $60.00):   $ ☐☐ . ☐☐

**SIGNATURE & CERTIFICATION UNDER PENALTY OF PERJURY**

I hereby declare under the penalty of perjury that I believe that the information I am providing in support of my claim is true and correct. I further certify that any documentation that I have submitted in support of my claim consists of unaltered documents in my possession.

Signature: [                    ]     Date: ☐☐ - ☐☐ - ☐☐
                                              (MM)   (DD)   (YY)

Mail your claim to:   Countrywide Data Settlement
                      PO Box 2730
                      Portland, OR 97208-2730

02-CA1334

Questions? Call 1-866-...

CA-0676

If you provided personal information or made mortgage payments to Countrywide before July 1, 2008, you could get benefits from a class action settlement.

THIS CASE.

D.) I ALSO ASK THIS COURT TO ORDER A FINING AGAINST BANK OF AMERICA/COUNTRYWIDE FOR THE VIOLATIONS AFOREMENTIONED IN THIS COMPLAINT AND FOR PERJURING ITSELF TO THIS HONORABLE COURT

E.) IT SHOULD ALSO BE NOTED THAT BANK OF AMERICA HAS NOT PROVEN BY ANY MEASURE TO BE THE NOT HOLDER OF THE PROPERTY LOCATED AT 4311 RANGER AVENUE TEMPLE HILLS MD 20748. I WOULD ASK OF THIS COURT TO HAVE ANY SUCH DOUCMENTS OF THIS SAME BE AUTHENTICATED BY THIS COURT...

*CHARLES E. PITT* (signature)

TO THIS HONORABLE COURT:

WITH TRESPECT TO CASE NO, CAE10-09535 THIS IS A FRIVOLOUS MOTION TO FORECLOSE FILLED WITH INACCURATE INFORMATION CONCERNING PAYMENTS.

YOUR HONOR IF THIS COURT WOULD JUST SEE ITSELF CLEAR TO GRANTING A HEARING. I HAVE MORE THAN ENOUGH INFORMATION AND EVIDENCE THAN I COULD PUT IN THIS DOCUMENT. IT IS MORE THAN APPARENT TO ME THAT THIS COMPANY IS OPERATING IN TOTAL DECIET OF THE PROPERTY CONSFICATION BY ANY MEANS NECESSARY. I WOULD ALSO ASK THIS COURT TO FINE BANK OF AMERICA/COUNTRYWIDE FOR KNOWLINGLY AND WILLFULLY FILING THIS FRIVOLOUS MOTION TO FORECLOSE WITHOUT ATTEMPTING TO REORGANIZE AND SEEK TO EXACT ITS FINANCIAL AND IRRESPONSIBLE LEGAL TACTICS OVER THIS SITUTATION.

ATTORNEYS FOR THE SUBSTITUTE TRUSTEES
COHN, GOLDBERG & DEUTSCH, LLC
600 BALTIMORE AVENUE, SUITE 208
TOWNSON, MD 21204