UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE                                                                    6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE                                              GREENBELT, MARYLAND 20770
                                                                                                        301-344-0632

MEMORANDUM

TO:           Counsel of Record

FROM:    Judge Peter J. Messitte

RE:           *Pitt v. Cohn, et al.*
                 Civil Case No. PJM 10-1781

DATE:     April 14, 2014

******

       This case was stayed on January 25, 2011, pending the outcome of foreclosure proceedings in the Circuit Court for Prince George's County. The foreclosure proceeding, brought by Defendants against Charles E. Pitt, was dismissed on May 27, 2011.

       Following apparently extensive back and forth between the parties, Pitt now moves to reopen the federal case (Paper No. 21).[1] The Court expressly authorized Pitt to do this, so there is no need to discuss the legal authority for the Motion.

       Pitt has unquestionably been dilatory in returning to this Court, a matter which the Court will be very watchful of in future. But the Motion to Reopen (Paper No. 21) will be **GRANTED**. The Court, however, in no way acknowledges whether Pitt's claims are or are not meritorious.

       The present posture of the case is this:

- There is a Complaint in place;
- No action was taken on Defendants' Motion to Dismiss/Summary Judgment;
- Pitt never responded to the Motion to Dismiss/Summary Judgment, despite the Court's directive giving him time to respond.

       Defendants shall promptly advise the Court in writing if they intend for the Court to rule on their pending Motion to Dismiss/Summary Judgment. If they so intend, Pitt will be given 30 days to respond. Defendants may then reply in the ordinary course. If Defendants wish to withdraw the Motion to Dismiss/Summary Judgment, and file a new Motion, they may do so in 30 days.

---

[1] Pitt's earlier filed Motion to Reopen (Paper No. 20) is **MOOT**.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc: Court File